Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Heath Roberson

IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:13-cr-00342 AWI/BAM |
| | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| Plaintiff, | ) | CONFERENCE, AND ORDER |
| | ) | THEREON |
| v. | ) | |
| | ) | New Date:  April 28, 2014 |
| HEATH ROBERSON, | ) | Time:  1 p.m. |
| | ) | Crtrm: Hon. Barbara A. McAuliffe |
| Defendants. | ) | |
| ——————————————— | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference in the above captioned matter, scheduled for March 10, 2014 at 1:00 p.m., may be continued to **April 28, 2014, 1:00 p.m.**

Counsel for defendant Heath Roberson desires additional time to consult with her client, to review investigation materials, and for case preparation.

For purpose of computing time under the Speedy Trial Act, 18 U.S.C. §3161, *et*

*seq.*, within which trial must commence, the time period of March 3, 2014 to April 28, 2014, inclusive, is deemed excludable because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    So stipulated.

Dated:  March 4, 2014        /s/ Carolyn D. Phillips
         CAROLYN D. PHILLIPS
         Attorney for Heath Roberson

Dated: March 4, 2014        BENJAMIN B. WAGNER
         United States Attorney

      By:  /s/Michael G. Tierney
         MICHAEL G. TIERNEY
         Attorneys for the United States.

### ORDER

IT IS SO ORDERED that the 3rd Status Conference is continued from March 10, 2014 to April 28, 2014 at 1:00 PM before Judge McAuliffe.  Time is excluded under 18 U.S.C. §3161, *et seq.*.

   IT IS SO ORDERED.

Dated**:   March 4, 2014**        /s/ Barbara A. McAuliffe
         UNITED STATES MAGISTRATE JUDGE