Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Heath Roberson

**IN THE UNITED STATES DISTRICT COURT IN AND FOR**

**THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No. 1:13-cr-00342 AWI/BAM |
| ) | |
| )  Plaintiff,                                 ) | STIPULATION TO CONTINUE SENTENCING, AND ORDER THEREON |
| ) | |
| v.                                                    ) | New Date: July 21, 2014 |
| ) | Time:  10 a.m. |
| HEATH ROBERSON,                            ) | Crtrm: Hon. Anthony W. Ishii |
| ) | |
| Defendants.                          ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that Sentencing in the above captioned matter, scheduled for July 7, 2014 at 10:00 a.m., be continued to **July 21, 2014, 10:00 a.m.**

It is further stipulated that the presentence schedule is to be modified as follows:

Informal Objections Due to Probation and Opposing Counsel, June 23, 2014; Objections Filed with Court and Served on Probation and Opposing Counsel July 7, 2014.

Counsel for defendant Heath Roberson desires additional time to consult with

*Stipulation to Continue Sentencing, and Order Thereon;*
 U. S. v. Heath Roberson, Case No. 1:13-cr-00342 AWI/BAM                                                                    1

her client, to review and respond to the sentencing recommendation, and for case preparation.

So stipulated.

Dated: June 5, 2014        /s/ Carolyn D. Phillips
                           CAROLYN D. PHILLIPS
                           Attorney for Heath Roberson

Dated: June 5, 2014        BENJAMIN B. WAGNER
                           United States Attorney

                     By:   /s/Michael G. Tierney
                           MICHAEL G. TIERNEY
                           Attorneys for the United States.

## ORDER

IT IS HEREBY ORDERED that Sentencing in the above-captioned matter now set for July 7, 2014 shall be rescheduled for July 21, 2014 at 10 a.m., and the presentence schedule is to be modified as follows:  Informal Objections Due to Probation and Opposing Counsel, June 23, 2014; Objections Filed with Court and Served on Probation and Opposing Counsel July 7, 2014.

IT IS SO ORDERED.

Dated:   June 5, 2014                        _____
                                             SENIOR  DISTRICT  JUDGE

*Stipulation to Continue Sentencing, and Order Thereon;*
 *U. S. v. Heath Roberson, Case No. 1:13-cr-00342 AWI/BAM*                    2

*Stipulation to Continue Sentencing, and Order Thereon;*
*U. S. v. Heath Roberson, Case No. 1:13-cr-00342 AWI/BAM*