# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:17-cr-00211-LJO-SKO-1 |
|---|---|
| *Plaintiff,* | 1:13-cr-00342-LJO-BAM-2 |
| v. | Eastern District of California |
| HEATH ROBERSON, | |
| *Defendant.* | ORDER |

This Court appointed Johanna S. Schiavoni, Esq. to represent defendant Heath Roberson pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A in his appeal pending in the U.S. Court of Appeals for the Ninth Circuit.

On January 6, 2020, Ms. Schiavoni filed in this Court a motion and supporting declaration seeking access to documents designated as "Sealed" or "Assigned Counsel Only" before this Court, or documents otherwise invisible on the docket.  Having considered the motion, because CJA appellate counsel is ordinarily entitled to such documents as part of the record on appeal, the request for access to the documents and transcripts or portions thereof filed "under seal" or for "assigned counsel only" is granted.

The Clerk shall serve on Ms. Schiavoni a copy of the following documents:

- In Case No. 1:17-cr-00211-LJO-SKO-1, Document Nos. 2, 7, 16, 17, 32, and 36.
- In Case No. 1:13-cr-00342-LJO-BAM-2, Document Nos. 2, 3, 9, 25, 30, 35, 46, 47, 60, and 64.

IT IS SO ORDERED.

Dated: **January 7, 2020**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

1